## LEVY v. MAYOR AND COUNCIL OF BRUNSWICK.

ATKINSON, J. A party can not have two final bills of exceptions to the same judgment; and where it appears that a previous bill of exceptions has been entertained by this court, and the judgment reversed, the second bill of exceptions will be dismissed. (See ante, 94.)

*Writ of error dismissed. All the Justices concur.*

OCTOBER 13, 1910.

Ejectment. Before Judge Parker. Glynn superior court. April 12, 1909.

*Twitty & Reese,* for plaintiff in error.
*Bolling Whitfield,* contra.